ACCEPTED
03-15-00209-CR
5586453
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 3:06:13 PM
JEFFREY D. KYLE
CLERK

IN THE
THIRD COURT OF APPEALS
OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 3:06:13 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| DEANDRE DWIGHT JOSEPH | § | |
| | § | |
| V. | § | CAUSE NUMBER 03-15-00209-CR |
| | § | |
| THE STATE OF TEXAS | § | |

## APPELLANT'S MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE THIRD COURT OF APPEALS:

Deandre Dwight Joseph moves to withdraw Eric McDonald and substitute

Randy Schaffer as counsel on appeal.

Respectfully submitted,

/s/ Randy Schaffer
State Bar No. 17724500

APPROVED:*

/s/ Eric McDonald
Eric McDonald
State Bar No. 00792684

2303 R.R. 620 South, Ste 135-443
Austin, Texas 78734
(512) 294-5665
emcdonald@yahoo.com

*signed by permission

1301 McKinney, Suite 3100
Houston, Texas 77010
(713) 951-9555
(713) 951-9854 (facsimile)
noguilt@swbell.net

Attorney for Appellant
DEANDRE DWIGHT JOSEPH

## CERTIFICATE OF SERVICE

I served a copy of this document on the following persons by United States Mail, postage prepaid, on June 8, 2015:

1) Rosemary Lehmberg
   District Attorney
   Travis County Courthouse
   P.O. Box 1748
   Austin, Texas 78767

2) Eric McDonald
   2303 R.R. 620 South, Ste 135-443
   Austin, Texas 78734

3) Deandre Joseph (**via certified mail**)
   Inmate Number 1989213
   Middleton Unit
   13055 FM 3522
   Abilene, Texas 79601

/s/ Randy Schaffer